# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **LAURA GIPSON and KIRSTEN FROST** <br> On behalf of themselves and all others <br> similarly situated, <br><br> Plaintiffs, <br> v. <br><br> **DMD MANAGEMENT, INC., et al.** <br><br> Defendants. | CASE NO. 1:21-cv-01815 <br><br> JUDGE PAMELA A. BARKER <br><br> **PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiffs respectfully request that this Honorable Court continue the Case Management Conference, currently set for March 1, 2022, to an afternoon on March 2, 3, or 4, due to a conflict in Plaintiffs' counsel's schedule. Pursuant to the Court's Case Management Scheduling Order, page 4, the parties conferred and the three dates listed above are acceptable to both lead counsel.

Respectfully submitted,

*/s/ Scott D. Perlmuter*
Scott D. Perlmuter (0082856)
4106 Bridge Avenue
Cleveland, OH 44113
216-308-1522
Fax: 888-604-9299
scott@tittlelawfirm.com

Attorneys for Plaintiff

1

PROOF OF SERVICE

      I certify that on this February 17, 2022 the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                          *s/ Scott D. Perlmuter*
                                          Scott D. Perlmuter (0082856)