# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Laura Gipson and Kirsten Frost** On behalf of themselves and all others similarly situated, | Case No. 1:21-cv-01815-PAB |
| | **JUDGE PAMELA A. BARKER** |
| **Plaintiffs,** | |
| -vs- | |
| | **ORDER** |
| **DMD Management, Inc. et al.,** | |
| **Defendants.** | |

On March 14, 2022, the parties advised the Court that this action has settled. Therefore, it is not necessary the action remain on the calendar of the Court.

IT IS ORDERED this action is closed. It shall be marked settled and dismissed, with prejudice, each party to bear its own costs. The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties.

IT IS SO ORDERED.


Dated: April 14, 2022          *s/Pamela A. Barker*
                               PAMELA A. BARKER
                               UNITED STATES DISTRICT JUDGE